

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Tuesday, February 17, 2015

Attorney General Gregory W. Abbott
Attorney General of Texas
P. O. Box 12548, MC 059
Austin, TX 78701

Mr. Elliott Williams
TDCJ NO. 481914
2661 FM 2054, Coffield Unit
Tennessee Colony, TX 75884

RE:    Case Number: 14-1079
          Court of Appeals Number: 12-14-00320-CV
          Trial Court Number: 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

Style:  ELLIOTT WILLIAMS
       v.
       TEXAS DEPARTMENT OF CRIMINAL JUSTICE

> FILED IN COURT OF APPEALS
> 12th Court of Appeals District
>
> FEB 18 2015
>
> TYLER TEXAS
> CATHY S. LUSK, CLERK

Dear Counsel:

Today the Supreme Court lifted the abatement order in the above-referenced case.

Sincerely,

Blake A. Hawthorne, Clerk

by Patrick D. Passmore, Deputy Clerk

cc:    Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
       Ms. Janice Staples